PER CURIAM.
Affirmed. Gulf & Eastern Development Corp. v. City of Fort Lauderdale, 376 So.2d 878 (Fla. 4th DCA 1979); City of Lauderdale Lakes v. Corn, 371 So.2d 1111 (Fla. 4th DCA 1979); City of Jacksonville v. Brentwood Golf Course, Inc., 338 So.2d 1105 (Fla. 1st DCA 1976); Price v. Rome, 237 So.2d 835 (Fla. 3rd DCA 1970); Fidelity and Deposit Company of Maryland v. Atlantic National Bank of Jacksonville, 234 So.2d 736 (Fla. 3rd DCA 1970).